UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GIOVANNI MABON,

      Plaintiff,

    v.

LIPPSMEYER, et al.,

      Defendants.

No. 2:26-cv-1486-TLN-AC

**ORDER**

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 14, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 4.)  Plaintiff did not file objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed April 14, 2026 (ECF No. 4) are ADOPTED in full; and

1

2.    The complaint is dismissed without leave to amend for failure to state a claim.

IT IS SO ORDERED.

Date: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2